UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

H285144

IN RE:
RAUL CORDOVA
MERCEDES CORDOVA

CASE NO.   04-18262-BKC-RAM

APR 16 2010

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $   497.87   remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $    .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:   4/15/10

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:
RAUL CORDOVA
MERCEDES CORDOVA
16259 SW 94TH STREET
MIAMI, FL 33196-4920

SANDRA NAVARRO-GARCIA, ESQ.
6337 SW 40 STREET
MIAMI, FL 33133

ONYX ACCEPTANCE CORP
27051 TOWNE CENTRE DRIVE
FOOTHILL RANCH,CA 92610-2819

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO.   04-18262-BKC-RAM
RAUL CORDOVA
MERCEDES CORDOVA

                                    CHAPTER 13


RAUL CORDOVA
MERCEDES CORDOVA
16259 SW 94TH STREET
MIAMI, FL 33196-4920


SANDRA NAVARRO-GARCIA, ESQ.
6337 SW 40 STREET
MIAMI, FL 33133


ONYX ACCEPTANCE CORP          ---------$          497.87
27051 TOWNE CENTRE DRIVE
FOOTHILL RANCH, CA 92610-2819

                              UNDELIVERABLE/STALE
                              CLAIM REGISTER# 2

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130