UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

RECEIVED VIA MAIL

CASE NO. 04-18262-BKC-RAM

IN RE:
RAUL CORDOVA
MERCEDES CORDOVA

JUL 26 2010

CHAPTER 13

U.S. BANKRUPTCY CT.
SO. DIST. OF FLA.
MIAMI - OFFICE

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

RA 286663

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 58.40 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 2 3 2010

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:
RAUL CORDOVA
MERCEDES CORDOVA
16259 SW 94TH STREET
MIAMI, FL 33196-4920

SANDRA NAVARRO-GARCIA, ESQ.
6337 SW 40 STREET
MIAMI, FL 33133

CHEVRON CREDIT BANK, N.A.
2001 DIAMOND BLVD.
PO BOX 5010, SECT 230
CONCORD, CA 94524-0010

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                      CASE NO.   04-18262-BKC-RAM
RAUL CORDOVA
MERCEDES CORDOVA

CHAPTER 13


RAUL CORDOVA
MERCEDES CORDOVA
16259 SW 94TH STREET
MIAMI, FL 33196-4920


SANDRA NAVARRO-GARCIA, ESQ.
6337 SW 40 STREET
MIAMI, FL 33133


CHEVRON CREDIT BANK, N.A.         ---------$         58.40
2001 DIAMOND BLVD.
PO BOX 5010, SECT. 230
CONCORD, CA 94524-0010                      UNDELIVERABLE/STALE
                                            CLAIM REGISTER# 3

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130